IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Sys-Kool, LLC,

    *Plaintiff*,

    v.

Talon Veteran Services, Inc.,

    *Defendant*.

Case No. 1:23-cv-1264

## COMPLAINT

Plaintiff Sys-Kool, LLC ("**Sys-Kool**"), by and through its undersigned counsel, brings this Complaint against Defendant Talon Veteran Services Incorporated. ("**Talon**") to recover more than ninety thousand dollars owed to Sys-Kool under a fully performed contract, which Talon has refused to pay.

## PARTIES

1. Plaintiff Sys-Kool is a Nebraska limited liability company headquartered in Omaha, Nebraska. Sys-Kool has branch offices in Belton, Missouri, Aurora, Colorado, Little Rock, Arkansas, Tulsa, Oklahoma, and Memphis, Tennessee. Sys-Kool specializes in the design, construction, maintenance, servicing, and rebuilding of cooling towers and related systems. Sys-Kool does not have an office or business location in Virginia.

2. Defendant Talon is a Virginia corporation with its principal place of business located at 3516 E. Belt Boulevard Richmond, VA 23234. Talon is a U. S. Department of Veteran Affairs verified Service-Disabled Veteran-Owned Small Business that provides general contracting and construction services. Talon also does business as Sanford Federal.

- 1 -

## JURISDICTION AND VENUE

3. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because (a) Talon is a citizen of Virginia; (b) Sys-Kool is a citizen of Nebraska and not a citizen of Virginia; and (c) the amount in controversy between the parties exceeds $75,000 exclusive of fees and costs.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Although the work performed under the contract at issue in this case occurred in Colorado at the Cheyenne Mountain Space Mountain Space Force Station, Talon's failure to pay Sys-Kool for its performance under the contract occurred at Talon's headquarters in Richmond, Virginia, which is located within the Eastern District of Virginia. In addition, the contract at issue includes a provision in which the parties agreed that any claim made under the contract "shall be filed, heard, and resolved exclusively in the U.S. District Court for the Eastern District of Virginia, or in the Circuit Court of Fairfax County Virginia, if the U.S. District Court for the Eastern District of Virginia lacks subject matter jurisdiction." The contract further states that "[t]he Parties consent and irrevocably submit to the jurisdiction and venue of the U.S. District Court for the Eastern District of Virginia and the Circuit Court of Fairfax County Virginia and waive any right they may have to object to jurisdiction or to seek a change of venue."

## FACTUAL ALLEGATIONS

5. On or about October 6, 2022, Talon and Sys-Kool entered into a "Subcontract Agreement" (the "**Contract**"), a true and correct copy of which is attached hereto as **Exhibit 1**.

6. In the Contract, Talon hired Sys-Kool to perform cooling tower repair services for the 21st Civil Engineer Squadron at the Cheyenne Mountain Space Mountain Space Force Station.

The required cooling tower repair services are described in a Statement of Work attached to the Contract. (Contract, **Ex. 1**, Statement of Work.)

7. Under the Contract, Sys-Kool was to be paid the "fixed price rates set forth in Exhibit A and CLIN Breakdown Structure" attached to the Contract. (Contract, **Ex. 1**, ¶ 1; Exhibit A.)

8. Exhibit A of the Contract specifies that the total fixed price Sys-Kool was to be paid by Talon for performance was approximately **$192,900.00** based on an estimated tax of $3,500.00. (*Id.*)

9. Exhibit A of the Contract also provides that "All invoices should be net 30." (*Id.*)

10. Sys-Kool satisfactorily performed all of its material duties and obligations under the Contract.

11. Talon currently owes Sys-Kool an outstanding balance of **$96,509.29** on a final invoice issued by Sys-Kool to Talon on July 31, 2023, pursuant to the Contract's invoicing terms. (*See* Aug. 16, 2023 Demand Letter with final Invoice, attached as **Exhibit 2**; Contract, **Ex. 1**, ¶ 5 (Payment Terms and Invoicing).)

12. Pursuant to Section 11 of the Contract (Disputes), Sys-Kool notified Talon on August 16, 2023 of the payment dispute comprising Talon's failure to pay the outstanding balance of **$96,509.29**. (Aug. 16, 2023 Demand Letter, **Ex. 2**.)

13. The parties have been unable to resolve their dispute, and, as of the date of this Complaint, Talon has failed to pay Sys-Kool the outstanding balance despite demand. (*Id.*)

14. The Contract has not been terminated by either party.

15. Talon has not rejected Sys-Kool's final invoice.

16. Talon has not rejected any other Sys-Kool invoice issued under the Contract.

17. Talon has not asserted that any Sys-Kool invoice is defective or contains errors or omissions.

18. Talon has not claimed any "set-off" under the Contract.

19. The Contract has not been modified since its effective date of October 6, 2022.

20. The terms of payment on Sys-Kool's invoices under the Contract are "Net 30 days from the date of Talon's receipt of [each invoice]." (Contract, **Ex. 1**, ¶ 5.)

## COUNT ONE:
## BREACH OF CONTRACT

21. Plaintiff repeats and incorporates by reference the allegations stated in paragraphs 1 through 20 above as if set forth fully herein.

22. On October 6, 2022, Talon and Sys-Kool entered into the Contract.

23. The Contract was made for valid consideration insofar as it provides for an offer of an agreed-upon payment of approximately $192,900.00 to be made by Talon in exchange for agreed-upon cooling tower repair services to be provided by Sys-Kool.

24. Sys-Kool satisfactorily performed all of its material duties and obligations under the Contract.

25. Talon breached the Contract by failing to pay Sys-Kook the required fixed price consideration of $192,900.00.

26. Talon owes Sys-Kool an outstanding balance of **$96,509.29**.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Sys-Kool respectfully requests that the Court enter judgment in Sys-Kool's favor as follows:

1. An award of compensatory damages against Talon in an amount no less than **$96,509.29** plus prejudgment interest; and

2. An award of attorneys' fees, interest, costs, and disbursements pursuant to applicable law; and

3. Such other and further relief as the Court deems just and equitable.

Respectfully submitted,

Date: September 19, 2023

/s/ Clyde E. Findley
Clyde E. Findley, Esq. (VSB No. 48277)
 cfindley@berenzweiglaw.com
Nicholas R. Johnson, Esq. (VSB No. 80525)
 njohnson@berenzweiglaw.com
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, Virginia 22102
(703) 760-0402 (telephone)
(703) 462-8674 (facsimile)

*Counsel for Plaintiff, Sys-Kool, LLC*